1  DiCELLO LEVITT LLP
2  BRIAN O. O'MARA (229737)
   STEVEN M. JODLOWSKI (239074)
3  HANI Y. FARAH (307622)
   RUBEN PEÑA (328106)
4  4747 Executive Drive, Suite 240
   San Diego, California 92121
5  Tel. (619) 923-3939
   briano@dicellolevitt.com
6  stevenj@dicellolevitt.com
   hfarah@dicellolevitt.com
7  rpena@dicellolevitt.com

8  *Counsel for Plaintiff*

9  [*Additional counsel appears on signature page*]

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  MICHAEL SPATZ, Individually and On        )   Case No.
    Behalf of All Others Similarly Situated,  )
14                                            )   CLASS ACTION
                          Plaintiff,          )
15                                            )   COMPLAINT FOR VIOLATIONS OF THE
          vs.                                 )   FEDERAL SECURITIES LAWS
16                                            )
    SUPER MICRO COMPUTER, INC.,               )
17  CHARLES LIANG, and DAVID WEIGAND,         )
                                              )
18                        Defendants.         )   DEMAND FOR JURY TRIAL
                                              )
19

20

21

22

23

24

25

26

27

28

1.     Michael Spatz ("Plaintiff"), individually and on behalf of all others similarly situated, alleges the following based upon personal knowledge as to himself and his own acts and upon information and belief as to all other matters.  Plaintiff's information and belief is based upon, *inter alia*, his counsel and independent investigation.  This investigation included, but was not limited to, a review and analysis of: (i) Super Micro Computer, Inc.'s ("Super Micro" or the "Company") public filings with the U.S. Securities and Exchange Commission ("SEC"); (ii) transcripts of Super Micro's public conference calls; (iii) Super Micro's press releases; (iv) media and research reports regarding Super Micro; (v) Super Micro's stock price movement, and pricing and volume data; and (vi) other publicly available material and data identified herein.  Counsel's investigation into the factual allegations contained in this Complaint is ongoing, and many of the relevant facts are known only by Defendants or are exclusively within Defendants' custody or control.  Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth in this Complaint after a reasonable opportunity for further investigation or discovery.

## I.     NATURE OF THE ACTION

2.     This is a securities class action brought on behalf of all persons and entities who purchased or otherwise acquired Super Micro's publicly traded common stock between February 2, 2021 and August 26, 2024 (the "Class Period"), against Super Micro, Charles Liang, and David Weigand (together, "Defendants").  Plaintiff brings this action seeking to recover damages caused by Defendants' violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5, promulgated thereunder.

3.     Headquartered in San Jose, California, Super Micro is a server and storage solutions manufacturer that sells its hardware to technology companies for use as servers for websites, data storage, and artificial intelligence applications.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

4.      Throughout the Class Period, Defendants reported to investors and the market the Company's continued record demand, surging revenue growth, and increased product shipments. The Company also represented that it adhered to U.S. and other applicable trade control regulations and confirmed that no sales of any products actually occurred in the Russian Federation during fiscal years 2023 and 2024 and that the Company and its subsidiaries did not sell products or provide services to the Russian Federal Security Service ("FSB").

5.      As a result of Defendants' representations and the Company's reported financial and operational results, the price of Super Micro common stock surged above $1,255 per share.

6.      On August 27, 2024, the truth began to emerge when investment research firm Hindenburg Research ("Hindenburg") issued a research report titled *Super Micro: Fresh Evidence of Accounting Manipulation, Sibling Self-Dealing and Sanctions Evasion at this AI High Flyer* ("Report").  In its Report, *Hindenburg* reported it had uncovered "glaring accounting red flags, evidence of undisclosed related party transactions, sanctions and export control failures, and customer issues."  As detailed in the Report and corroborated by a recent whistleblower lawsuit, these accounting manipulations included the improper recognition of revenue, the recognition of incomplete sales, channel stuffing, and the circumvention of internal accounting controls.

7.      The Report also stated that Hindenburg had uncovered evidence that Super Micro had evaded U.S. export controls and between February 24, 2022 and June 30, 2024, Super Micro's exports of products to Russia spiked, having shipped approximately $210 million of Super Micro products to Russia during that period.

8.      As a result of these disclosures on August 27, 2024, the price of Super Micro common stock declined by $14.87 per share, falling 2.64% to close at $547.64.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

9.      The next day, on August 28, 2024, Super Micro announced that it would not be timely filing its Form 10-K annual report as it is assessing the "design and operating effectiveness of its internal controls over financial reporting."

> Super Micro . . . today announced that it expects that **_it will not timely file its Annual Report on Form 10-K_** for the fiscal year ended June 30, 2024 (the "Annual Report") and expects to file a Notification of Late Filing on Form 12b-25 with respect to the Annual Report on August 30, 2024.  SMCI **_is unable to file its Annual Report_** within the prescribed time period without unreasonable effort or expense.  **_Additional time is needed for SMCI's management to complete its assessment of the design and operating effectiveness of its internal controls over financial reporting_** as of June 30, 2024.  SMCI has not made updates to its results for the fiscal year and quarter ended June 30, 2024 that were announced in SMCI's press release dated August 6, 2024.

10.      As a result of these disclosures on August 28, 2024, the price of Super Micro common stock continued to decline, falling $104.15 per share, or 19.02%, to close at $443.49.

## II.      JURISDICTION AND VENUE

11.      The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

12.      This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act and §27 of the Exchange Act (15 U.S.C. §78aa).

13.      Venue is proper in this District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) because Super Micro maintains its corporate headquarters in San Jose, California, which is situated in this District, and Defendants conduct substantial business in this District.  In addition, many of the acts and conduct that constitute the violations of law complained of herein, including dissemination to the public of materially false and misleading information, occurred in and/or were issued from this District.

14.      In connection with the acts, conduct, and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce,

including, but not limited to, the U.S. mail, interstate telephone communications, and the facilities of national securities exchanges.

**III.   PARTIES**

15.   Plaintiff Michael Spatz purchased Super Micro common stock at artificially inflated prices during the Class Period and was damaged upon the revelation of the Defendants' fraud. Plaintiff's certification evidencing his transaction(s) in Super Micro is attached hereto.

16.   Defendant Super Micro is a server and storage solutions manufacturer that sells its hardware to technology companies for use as servers for websites, data storage, and artificial intelligence applications.  Super Micro maintains its corporate headquarters at 980 Rock Avenue, San Jose, California 95131.  Throughout the Class Period, Super Micro common stock was listed on the NASDAQ and traded in an efficient market under the ticker symbol "SMCI."  As of April 30, 2024, Super Micro had over 58 million shares of common stock outstanding.

17.   Defendant Charles Liang ("Liang") is, and was at all times throughout the Class Period, the President, Chief Executive Officer ("CEO"), and Chairman of the Board of Super Micro. During the Class Period, Defendant Liang was responsible for the issuance of false and misleading statements and omissions about Super Micro and failed to disclose the true facts about the Company's accounting and revenue recognition practices, legal compliance, and export controls.  In addition to issuing false and misleading statements throughout the Class Period, Liang repeatedly had the opportunity to correct the misstatements and omissions by and on behalf of Super Micro and failed to do so.  As CEO, President, and Chairman of the Board of Directors, Liang was responsible for directing Super Micro's business development, public statements, accounting practices, and financial and business affairs.

18.   Defendant David Weigand ("Weigand") is, and was at all times throughout the Class Period, Senior Vice President and Chief Financial Officer ("CFO") of Super Micro.  During the

Class Period, Defendant Weigand was responsible for the issuance of false and misleading statements and omissions about Super Micro and failed to disclose the true facts about the Company's accounting and revenue recognition practices, legal compliance, and export controls. In addition to issuing false and misleading statements throughout the Class Period, Weigand repeatedly had the opportunity to correct the misstatements and omissions by and on behalf of Super Micro and failed to do so. As CFO Weigand was responsible for directing Super Micro's business development, public statements, accounting practices, and financial and business affairs.

19. Defendants Liang and Weigand, because of their positions with the Company, possessed the power and authority to control the contents of Super Micro's public statements, including the Company's quarterly and annual reports, press releases, and presentations to securities analysts, money and portfolio managers, and individual and institutional investors. They were provided with copies of the Company's results, reports, and press releases alleged herein to be false and misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions with the Company, and their access to material non-public information available to them but not to the public, these Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations being made were then materially false and misleading.

## IV.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS CAUSE SUBSTANTIAL LOSSES TO INVESTORS

20. On February 2, 2021, Super Micro issued a press release announcing its financial results for the quarter ended December 31, 2020, and filed a Form 8-K ("Q2 2021 Release"), followed by its Form 10-Q for the same period ("Q2 2021 Form 10-Q") filed on February 5, 2021. The Q2 2021 Form 10-Q was signed by Defendant Liang. These public statements and filings reported the Company's results and performance metrics for the quarter ended December 31, 2020.

The Q2 2021 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $830 million versus $762 million in the first quarter of fiscal year 2021 and $871 million in the same quarter of last year.

- Gross margin of 16.4% versus 17.0% in the first quarter of fiscal year 2021 and 15.9% in the same quarter of last year.

- Net income of $28 million versus $27 million in the first quarter of fiscal year 2021 and $24 million in the same quarter of last year.

- Diluted net income per common share of $0.52 versus $0.49 in the first quarter of fiscal year 2021 and $0.46 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $0.63 versus $0.55 in the first quarter of fiscal year 2021 and $0.57 in the same quarter of last year.

- Cash flow from operations of $63 million and capital expenditures of $14 million.

21.    The Q2 2021 Release also announced the resignation of Super Micro's CFO and announced that David Weigand, the then-Senior Vice President and Chief Compliance Officer, had been appointed as the Senior Vice President, Chief Financial Officer, and Corporate Secretary.

22.    On May 4, 2021, Super Micro issued a press release announcing its financial results for the quarter ended March 31, 2021, and filed a Form 8-K ("Q3 2021 Release"), followed by its Form 10-Q for the same period ("Q3 2021 Form 10-Q") filed on May 7, 2021.  The Q3 2021 Form 10-Q was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter ended March 31, 2021.  The Q3 2021 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $896 million versus $830 million in the second quarter of fiscal year 2021 and $772 million in the same quarter of last year.

- Gross margin of 13.7% versus 16.4% in the second quarter of fiscal year 2021 and 17.3% in the same quarter of last year.

- Net income of $18 million versus $28 million in the second quarter of fiscal year 2021 and $16 million in the same quarter of last year.

- Diluted net income per common share of $0.35 versus $0.52 in the second quarter of fiscal year 2021 and $0.29 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $0.50 versus $0.63 in the second quarter of fiscal year 2021 and $0.84 in the same quarter of last year.

- Cash flow used in operations of $124 million and capital expenditures of $19 million.

23. On August 10, 2021, Super Micro issued a press release announcing its financial results for the quarter and year ended June 30, 2021, and filed a Form 8-K ("Q4 2021 Release"), followed by its Form 10-K for the same period ("2021 Form 10-K") filed on August 27, 2021. The 2021 Form 10-K was signed by Defendants Liang and Weigand. These public statements and filings reported the Company's results and performance metrics for the quarter ended March 31, 2021. The Q3 2021 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-K:

- Net sales of $1.07 billion versus $896 million in the third quarter of fiscal year 2021 and $896 million in the same quarter of last year.

- Gross margin of 13.6% versus 13.7% in the third quarter of fiscal year 2021 and 13.8% in the same quarter of last year.

- Net income of $39 million versus $18 million in the third quarter of fiscal year 2021 and $18 million in the same quarter of last year.

- Diluted net income per common share of $0.74 versus $0.35 in the third quarter of fiscal year 2021 and $0.34 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $0.81 versus $0.50 in the third quarter of fiscal year 2021 and $0.68 in the same quarter of last year.

- Cash flow generated from operations of $64 million and capital expenditures of $13 million.

24. On November 2, 2021, Super Micro issued a press release announcing its financial results for the quarter ended September 30, 2021, and filed a Form 8-K ("Q1 2022 Release"), followed by its Form 10-Q for the same period ("Q1 2022 Form 10-Q") filed on November 5, 2021. The Q1 2022 Form 10-Q was signed by Defendants Liang and Weigand. These public statements and filings reported the Company's results and performance metrics for the quarter ended September

30, 2021.  The Q1 2022 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $1.03 billion versus $1.07 billion in the fourth quarter of fiscal year 2021 and $762 million in the same quarter of last year.

- Gross margin of 13.4% versus 13.6% in the fourth quarter of fiscal year 2021 and 17.0% in the same quarter of last year.

- Net income of $25 million versus $39 million in the fourth quarter of fiscal year 2021 and $27 million in the same quarter of last year.

- Diluted net income per common share of $0.48 versus $0.74 in the fourth quarter of fiscal year 2021 and $0.49 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $0.58 versus $0.81 in the fourth quarter of fiscal year 2021 and $0.55 in the same quarter of last year.

- Cash flow used in operations of $135 million and capital expenditures of $12 million.

25.    On February 1, 2022, Super Micro issued a press release announcing its financial results for the quarter ended December 31, 2021, and filed a Form 8-K ("Q2 2022 Release"), followed by its Form 10-Q for the same period ("Q2 2022 Form 10-Q") filed on February 4, 2022. The Q2 2022 Form 10-Q was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter ended December 31, 2021.  The Q2 2022 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $1.17 billion versus $1.03 billion in the first quarter of fiscal year 2022 and $830 million in the same quarter of last year.

- Gross margin of 14.0% versus 13.4% in the first quarter of fiscal year 2022 and 16.4% in the same quarter of last year.

- Net income of $42 million versus $25 million in the first quarter of fiscal year 2022 and $28 million in the same quarter of last year.

- Diluted net income per common share of $0.78 versus $0.48 in the first quarter of fiscal year 2022 and $0.52 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $0.88 versus $0.58 in the first quarter of fiscal year 2022 and $0.63 in the same quarter of last year.

- Cash flow used in operations for the second quarter of fiscal year 2022 of $53 million and capital expenditures of $12 million.

26.     On May 3, 2022, Super Micro issued a press release announcing its financial results for the quarter ended March 31, 2022, and filed a Form 8-K ("Q3 2022 Release"), followed by its Form 10-Q for the same period ("Q3 2022 Form 10-Q") filed on May 6, 2022.  The Q3 2022 Form 10-Q was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter ended March 31, 2022.  The Q3 2022 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $1.36 billion versus $1.17 billion in the second quarter of fiscal year 2022 and $896 million in the same quarter of last year.

- Gross margin of 15.5% versus 14.0% in the second quarter of fiscal year 2022 and 13.7% in the same quarter of last year.

- Net income of $77 million versus $42 million in the second quarter of fiscal year 2022 and $18 million in the same quarter of last year.

- Diluted net income per common share of $1.43 versus $0.78 in the second quarter of fiscal year 2022 and $0.35 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $1.55 versus $0.88 in the second quarter of fiscal year 2022 and $0.50 in the same quarter of last year.

- Cash flow used in operations for the third quarter of fiscal year 2022 of $228 million and capital expenditures of $11 million.

27.     In the Q3 2022 Form 10-Q, Defendants also stated:

The crisis in eastern Europe continues to be a challenge to global companies, including us, which have customers in the impacted regions. The U.S. and other global governments have placed restrictions on how companies may transact with businesses in these regions, particularly Russia, Belarus and restricted areas in Ukraine. *Because of these restrictions and the growing logistical and other challenges, we have paused sales to Russia, Belarus and the restricted areas in Ukraine. This decision, which is in line with the approach of other global technology companies, helps us comply with our obligations under the various requirements in the U.S. and around the world*. While it is difficult to estimate the impact on our business and financial position of our pause in sales to Russia, Belarus and the restricted areas in Ukraine and the current

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

or future sanctions, our pause in sales and these sanctions could have adverse impacts on us in future periods.  For example, **we do not make a material portion of our sales or acquire a material portion of our parts or components directly from impacted regions; however, our suppliers and their suppliers may acquire raw materials for parts or components from the impacted regions**.

28.  Defendants reiterated the exact or materially similar statements as set forth in ¶27, in the Company's Forms 10-K filed with the SEC on August 29, 2022 and August 25, 2023.

29.  On August 9, 2022, Super Micro issued a press release announcing its financial results for the quarter and year ended June 30, 2022, and filed a Form 8-K ("Q4 2022 Release"), followed by its Form 10-K ("2022 Form 10-K") filed on August 29, 2022.  The 2022 Form 10-K was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter and year 2022 ended June 30, 2022.  The Q4 2022 Release announced, among other things, the following financial results, which were detailed in the Company's 2022 Form 10-K:

- Net sales of $1.64 billion versus $1.36 billion in the third quarter of fiscal year 2022 and $1.07 billion in the same quarter of last year.

- Gross margin of 17.6% versus 15.5% in the third quarter of fiscal year 2022 and 13.6% in the same quarter of last year.

- Net income of $141 million versus $77 million in the third quarter of fiscal year 2022 and $39 million in the same quarter of last year.

- Diluted net income per common share of $2.60 versus $1.43 in the third quarter of fiscal year 2022 and $0.74 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $2.62 versus $1.55 in the third quarter of fiscal year 2022 and $0.81 in the same quarter of last year.

- Cash flow used in operations for the fourth quarter of fiscal year 2022 of $25 million and capital expenditures of $11 million.

30.  On November 1, 2022, Super Micro issued a press release announcing its financial results for the quarter ended September 30, 2022, and filed a Form 8-K ("Q1 2023 Release"), followed by its Form 10-Q for the same period ("Q1 2023 Form 10-Q") filed on November 4, 2022,

which was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter ended September 30, 2022.  The Q1 2023 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $1.85 billion versus $1.64 billion in the fourth quarter of fiscal year 2022 and $1.03 billion in the same quarter of last year.

- Gross margin of 18.8% versus 17.6% in the fourth quarter of fiscal year 2022 and 13.4% in the same quarter of last year.

- Net income of $184 million versus $141 million in the fourth quarter of fiscal year 2022 and $25 million in the same quarter of last year.

- Diluted net income per common share of $3.35 versus $2.60 in the fourth quarter of fiscal year 2022 and $0.48 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $3.42 versus $2.62 in the fourth quarter of fiscal year 2022 and $0.58 in the same quarter of last year.

- Cash flow provided by operations for the first quarter of fiscal year 2023 of $314 million and capital expenditures of $11 million.

31.     On January 31, 2023, Super Micro issued a press release announcing its financial results for the quarter ended December 31, 2022, and filed a Form 8-K ("Q2 2023 Release"), followed by its Form 10-Q for the same period ("Q2 2023 Form 10-Q") filed on February 3, 2023.  The Q2 2023 Form 10-Q was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter ended December 31, 2023.  The Q2 2023 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $1.80 billion versus $1.85 billion in the first quarter of fiscal year 2023 and $1.17 billion in the same quarter of last year.

- Gross margin of 18.7% versus 18.8% in the first quarter of fiscal year 2023 and 14.0% in the same quarter of last year.

- Net income of $176 million versus $184 million in the first quarter of fiscal year 2023 and $42 million in the same quarter of last year.

- Diluted net income per common share of $3.14 versus $3.35 in the first quarter of fiscal year 2023 and $0.78 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $3.26 versus $3.42 in the first quarter of fiscal year 2023 and $0.88 in the same quarter of last year.

- Cash flow provided by operations for the second quarter of fiscal year 2023 of $161 million and capital expenditures of $10 million.

32.     On May 2, 2023, Super Micro issued a press release announcing its financial results for the quarter ended March 31, 2023, and filed a Form 8-K ("Q3 2023 Release"), followed by its Form 10-Q for the same period ("Q3 2023 Form 10-Q") filed on May 5, 2023.  The Q3 2023 Form 10-Q was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter ended March 31, 2023.  The Q3 2023 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $1.28 billion versus $1.80 billion in the second quarter of fiscal year 2023 and $1.36 billion in the same quarter of last year.

- Gross margin of 17.6% versus 18.7% in the second quarter of fiscal year 2023 and 15.5% in the same quarter of last year.

- Net income of $86 million versus $176 million in the second quarter of fiscal year 2023 and $77 million in the same quarter of last year.

- Diluted net income per common share of $1.53 versus $3.14 in the second quarter of fiscal year 2023 and $1.43 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $1.63 versus $3.26 in the second quarter of fiscal year 2023 and $1.55 in the same quarter of last year.

- Cash flow provided by operations for the third quarter of fiscal year 2023 of $198 million and capital expenditures of $8 million.

33.     In addition to Defendants' statements above (¶32), the Q3 2023 Form 10-Q confirmed:

The Company had previously, before the designation of the FSB in Executive Order 13382, authorized certain third parties to periodically file notifications with, or apply for import licenses and permits from, the FSB on our behalf in connection with the importation of our products into Russia,

as permitted under OFAC authorizations.  During fiscal year 2023, including the most recent quarter ended March 31, 2023, third parties filed notifications with, applied for import licenses and permits from, and/or received the associated approvals from the FSB on our behalf.  ***However, no sales of any products actually occurred in the Russian Federation during fiscal year 2023, including the most recent quarter ended March 31, 2023, and accordingly, these filing activities did not result in any revenue or otherwise contribute to the Company's net income for these quarters.  The Company is in the process of terminating these authorizations.  The Company and its subsidiaries do not sell products or provide services to the FSB.  The Company and its subsidiaries had last recorded revenue from Russia on February 23, 2022***.

34.    Defendants reiterated the exact or materially similar statements, as set forth in ¶33, in its Form 10-K filed with the SEC on August 25, 2023.

35.    On August 8, 2023, Super Micro issued a press release announcing its financial results for the quarter and year ended June 30, 2023, and filed a Form 8-K ("Q4 2023 Release"), followed by its Form 10-K ("2023 Form 10-K") filed on August 28, 2023.  The 2023 Form 10-K was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter and year 2023 ended June 30, 2023.  The Q4 2023 Release announced, among other things, the following financial results, which were detailed in the Company's 2023 Form 10-K:

- Net sales of $2.18 billion versus $1.28 billion in the third quarter of fiscal year 2023 and $1.64 billion in the same quarter of last year.

- Gross margin of 17.0% versus 17.6% in the third quarter of fiscal year 2023 and 17.6% in the same quarter of last year.

- Net income of $194 million versus $86 million in the third quarter of fiscal year 2023 and $141 million in the same quarter of last year.

- Diluted net income per common share of $3.43 versus $1.53 in the third quarter of fiscal year 2023 and $2.60 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $3.51 versus $1.63 in the third quarter of fiscal year 2023 and $2.62 in the same quarter of last year.

- Cash flow used in operations for the fourth quarter of fiscal year 2023 of $9 million and capital expenditures of $8 million.

36.    On November 1, 2023, Super Micro issued a press release announcing its financial results for the quarter ended September 30, 2023, and filed a Form 8-K ("Q1 2024 Release"), followed by its Form 10-Q for the same period ("Q1 2024 Form 10-Q") filed on November 3, 2023. The Q1 2024 Form 10-Q was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter ended September 30, 2023.  The Q1 2024 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $2.12 billion versus $2.18 billion in the fourth quarter of fiscal year 2023 and $1.85 billion in the same quarter of last year.

- Gross margin of 16.7% versus 17.0% in the fourth quarter of fiscal year 2023 and 18.8% in the same quarter of last year.

- Net income of $157 million versus $194 million in the fourth quarter of fiscal year 2023 and $184 million in the same quarter of last year.

- Diluted net income per common share of $2.75 versus $3.43 in the fourth quarter of fiscal year 2023 and $3.35 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $3.43 versus $3.51 in the fourth quarter of fiscal year 2023 and $3.42 in the same quarter of last year.

- Cash flow provided by operations for the first quarter of fiscal year 2024 of $271 million and capital expenditures of $3 million.

37.    On January 29, 2024, Super Micro issued a press release announcing its financial results for the quarter ended December 31, 2023, and filed a Form 8-K ("Q2 2024 Release"), followed by its Form 10-Q for the same period ("Q2 2024 Form 10-Q") filed on February 2, 2024. The Q2 2024 Form 10-Q was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter ended December 31, 2023.  The Q1 2024 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $3.66 billion versus $2.12 billion in the first quarter of fiscal year 2024 and $1.80 billion in the same quarter of last year.

- Gross margin of 15.4% versus 16.7% in the first quarter of fiscal year 2024 and 18.7% in the same quarter of last year.

- Net income of $296 million versus $157 million in the first quarter of fiscal year 2024 and $176 million in the same quarter of last year.

- Diluted net income per common share of $5.10 versus $2.75 in the first quarter of fiscal year 2024 and $3.14 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $5.59 versus $3.43 in the first quarter of fiscal year 2024 and $3.26 in the same quarter of last year.

- Cash flow used in operations for the second quarter of fiscal year 2024 of $595 million and capital expenditures of $15 million.

38.     On April 30, 2024, Super Micro issued a press release announcing its financial results for the quarter ended March 31, 2024, and filed a Form 8-K ("Q3 2024 Release"), followed by its Form 10-Q for the same period ("Q3 2024 Form 10-Q") filed on May 6, 2024.  The Q3 2024 Form 10-Q was signed by Defendants Liang and Weigand.  These public statements and filings reported the Company's results and performance metrics for the quarter ended March 31, 2024.  The Q3 2024 Release announced, among other things, the following financial results, which were detailed in the Company's Form 10-Q:

- Net sales of $3.85 billion versus $3.66 billion in the second quarter of fiscal year 2024 and $1.28 billion in the same quarter of last year.

- Gross margin of 15.5% versus 15.4% in the second quarter of fiscal year 2024 and 17.6% in the same quarter of last year.

- Net income of $402 million versus $296 million in the second quarter of fiscal year 2024 and $86 million in the same quarter of last year.

- Diluted net income per common share of $6.56 versus $5.10 in the second quarter of fiscal year 2024 and $1.53 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $6.65 versus $5.59 in the second quarter of fiscal year 2024 and $1.63 in the same quarter of last year.

- Cash flow used in operations for the third quarter of fiscal year 2024 of $1,520 million and capital expenditures of $93 million.

39.     On August 6, 2024, Super Micro issued a press release announcing its financial results for the quarter and year 2024 ended June 30, 2024, and filed a Form 8-K ("Q4 2024 Release"), which was signed by Defendant Liang.  These public statements and filings reported the Company's results and performance metrics for the quarter and year ended June 30, 2024.  The Q4 2024 Release announced, among other things, the following financial results:

- Net sales of $5.31 billion versus $3.85 billion in the third quarter of fiscal year 2024 and $2.18 billion in the same quarter of last year.

- Gross margin of 11.2% versus 15.5% in the third quarter of fiscal year 2024 and 17.0% in the same quarter of last year.

- Net income of $353 million versus $402 million in the third quarter of fiscal year 2024 and $194 million in the same quarter of last year.

- Diluted net income per common share of $5.51 versus $6.56 in the third quarter of fiscal year 2024 and $3.43 in the same quarter of last year.

- Non-GAAP diluted net income per common share of $6.25 versus $6.65 in the third quarter of fiscal year 2024 and $3.51 in the same quarter of last year.

- Cash flow used in operations for the fourth quarter of fiscal year 2024 of $635 million and capital expenditures of $27 million.

40.     Defendants' statements as set forth above (¶¶20-39), and identical statements made throughout the Class Period regarding the Company's financial performance, were materially misleading when made and omitted to disclose material facts necessary to not make the statements made misleading.  Defendants knew or recklessly disregarded, but failed to disclose until the end of the Class Period, the following:

a)     Contrary to Defendants' positive financial reporting, the Company's financial performance was a result of rampant improper revenue recognition;

b)     Defendants entered into related party transactions with entities controlled by Defendant Liang's siblings; and

c)     Defendants failed to enforce compliance with U.S. export control laws and sold products to countries under U.S. sanctions.

41.     Defendants' statements as set forth above, (¶¶20-39) which were false and misleading when made, had a direct effect on Super Micro's stock price, which traded at artificially inflated levels as a result of Defendants' material misstatements and omissions.

## V.    THE TRUTH EMERGES

42.     On August 27, 2024, investment research firm Hindenburg issued a research report titled *Super Micro: Fresh Evidence of Accounting Manipulation, Sibling Self-Dealing and Sanctions Evasion at this AI High Flyer*.   In its Report, *Hindenburg* reported it had uncovered "glaring accounting red flags, evidence of undisclosed related party transactions, sanctions and export control failures, and customer issues."   In particular, the Report described how Super Micro engaged in a falsified revenue recognition scheme, including that (i) revenue was incorrectly allocated to hardware sales rather than service, in the quarter ending December 2020, to artificially boost reported profit margins; (ii) revenue was prematurely booked even when equipment could not be delivered to and installed for customers, and (iii) revenue was prematurely booked even when products were faulty or not ready for sale.

43.     In the Report, *Hindenburg* also stated that it had uncovered evidence that Super Micro had evaded U.S. export.   Despite identifying its products as being subject to U.S. trade bans, stating that it had halted all sales to Russia, and confirming that it had not recorded revenue from Russia since February 23, 2023, the Report detailed how Super Micro had shipped its products to Russia in larger-than-ever volumes since the invasion of Ukraine.

44.     As a result of these revelations on August 27, 2024, the price of Super Micro common stock declined by $14.87 per share, falling 2.64% to close at $547.64.

45.     The next day, on August 28, 2024, Super Micro announced that it would not be timely filing its Form 10-K annual report as it is assessing the "design and operating effectiveness of its internal controls over financial reporting."

> Super Micro . . . today announced that it expects that **it will not timely file its Annual Report on Form 10-K** for the fiscal year ended June 30, 2024 (the "Annual Report") and expects to file a Notification of Late Filing on Form 12b-25 with respect to the Annual Report on August 30, 2024. SMCI **is unable to file its Annual Report** within the prescribed time period without unreasonable effort or expense. **Additional time is needed for SMCI's management to complete its assessment of the design and operating effectiveness of its internal controls over financial reporting** as of June 30, 2024. SMCI has not made updates to its results for the fiscal year and quarter ended June 30, 2024 that were announced in SMCI's press release dated August 6, 2024.

46. As a result of these disclosures on August 28, 2024, the price of Super Micro common stock continued to decline, falling $104.15 per share, or 19.02%, to close at $443.49.

47. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common stock, Plaintiff and other Class members have suffered significant losses and damages.

## VI. LOSS CAUSATION

48. During the Class Period, as detailed herein, Defendants made materially false and misleading statements and omissions and engaged in a scheme to deceive the market. This artificially inflated the price of Super Micro common stock and operated as a fraud or deceit on the Class (as defined below). Later, when the truth concealed by Defendants' prior misrepresentations and omissions was disclosed to the market, the price of Super Micro common stock fell precipitously as the prior artificial inflation came out of the price. As a result of their purchases of Super Micro common stock during the Class Period – and Defendants' material misstatements and omissions – Plaintiff and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

49. Super Micro's stock price fell in response to the corrective events on August 27 and 28, 2024, as alleged herein. The corrective information revealed on August 27 and 28, 2024 was directly related to Defendants' prior misrepresentations and material omissions concerning Super

Micro's reported operational and financial results and compliance with U.S. export controls and regulations.

## VII.   INAPPLICABILITY OF STATUTORY SAFE HARBOR

50.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements described herein.  Many of the specific statements described herein were not identified as "forward-looking" when made.  To the extent that there were any forward-looking statements, there was no meaningful cautionary language identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.  Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements described herein, Defendants are liable for those false forward-looking statements because at the time each was made, the particular speaker knew that the particular forward-looking statement was false or misleading, and/or that the forward-looking statement was authorized and/or approved by an executive of Super Micro who knew that those statements were false and/or misleading when made.

## VIII.  PRESUMPTION OF RELIANCE

51.    Plaintiff and the Class are entitled to a presumption of reliance pursuant to *Basic Inc. v. Levinson*, 485 U.S. 224 (1988), and the fraud-on-the-market doctrine because, during the Class Period, Super Micro stock traded in an efficient market, for the following reasons, among others:

- Super Micro common stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

- As a regulated issuer, Super Micro filed periodic public reports with the SEC and the NASDAQ;

- Super Micro regularly and publicly communicated with investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as

communications with the financial press and other similar reporting services; and

- Super Micro was followed by several securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

52. As a result of the foregoing, the market for Super Micro common stock promptly digested current information regarding Super Micro from all publicly available sources and reflected such information in the price of Super Micro common stock. Under these circumstances, all purchasers of Super Micro common stock during the Class Period suffered similar injury through their purchase of Super Micro common stock at artificially inflated prices and the presumption of reliance applies.

53. Plaintiff and the Class are also entitled to a presumption of reliance under *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972), because the claims asserted herein against Defendants are predicated upon omissions of material fact for which there was a duty to disclose. Because this action involves Defendants' failure to disclose material adverse information regarding Super Micro's business and operations – information that Defendants were obligated to disclose – positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld are material in that a reasonable investor might have considered them important in making investment decisions.

## IX. CLASS ACTION ALLEGATIONS

54. Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons or entities who purchased or otherwise acquired Super Micro common stock between February 2, 2021 and August 26, 2024, inclusive (the "Class"). Excluded from the Class are Defendants and their families, the officers and directors of Super Micro,

members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

55.     The members of the Class are so numerous that joinder of all members is impracticable.  The disposition of their claims in a class action will provide substantial benefits to the parties and the Court.  Throughout the Class Period, Super Micro common stock was actively traded on the NASDAQ, one of the largest stock exchanges in the world.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are thousands of members in the proposed Class. During the Class Period, there were more than 58 million shares of Super Micro common stock outstanding, and the average daily trading volume was over 2.4 million shares.  Record owners and other members of the Class may be identified from records maintained by Super Micro or its transfer agent(s) and may be notified of the pendency of this action using the form of notice similar to that customarily used in securities class actions.

56.     There is a well-defined community of interest in the questions of law and fact involved in this case.  Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

a.     Whether the federal securities laws were violated by Defendants' acts, omissions, and common scheme to defraud as alleged herein;

b.     Whether statements made by Defendants to the investing public during the Class Period misrepresented and omitted material facts about the Company's accounting and revenue recognition practices, legal compliance, and export controls; and

c.     To what extent the members of the Class have sustained damages and the proper measure of damages.

57.    Plaintiff's claims are typical of those of the Class because Plaintiff and the Class sustained damages as a result of Defendants' wrongful conduct.

58.    Plaintiff will adequately protect the interests of the Class and has retained counsel who is experienced in securities and class action litigation.  Plaintiff has no interests which conflict with those of the Class.

59.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for all members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

**COUNT I**

**For Violations of Section 10(b) of the Exchange Act and Rule 10b-5**
**Against Defendants Super Micro, Liang, and Weigand**

60.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.  Count I is brought pursuant to §10(b) of the Exchange Act, 15 U.S.C. §78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

61.    During the Class Period, Super Micro, through its officers, management, and agents, including Defendants Liang and Weigand, made or were responsible for the statements specified in ¶¶20-39, which they knew or recklessly disregarded were misleading in that they failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

62.    Defendants and the Company's officers, management, and agents directly and indirectly, by the use of means and instrumentalities of interstate commerce, the mails and/or the facilities of a national securities exchange: (a) employed devices, schemes, and artifices to defraud; (b) made misleading statements and omitted to state material facts necessary in order to make the

statements made, in light of the circumstances under which they were made, not misleading; or (c) engaged in acts, practices, and a course of business that operated as fraud or deceit upon Plaintiff and others similarly situated in connection with their purchases of Super Micro common stock during the Class Period. All Defendants are sued as primary participants in the wrongful and illegal conduct charged herein and as controlling persons as alleged below.

63.    Defendants and the Company's officers, management, and agents did not have a reasonable basis for their alleged false statements and engaged in transactions, practices, and a course of business which operated as a fraud and deceit upon the purchasers of Super Micro common stock during the Class Period.

64.    Super Micro is liable for all materially false and misleading statements and omissions made during the Class Period, as alleged above, including the false and misleading statements made by the Company's officers and agents, as alleged above, as the maker of such statements and under the principle of *respondeat superior*.

65.    Defendants and the Company's officers, management, and agents, individually and in concert, directly and indirectly, engaged and participated in a continuous course of conduct to conceal adverse material information about Super Micro's accounting and revenue recognition practices, legal compliance, and export controls.

66.    The allegations above establish a strong inference that Super Micro, as an entity, acted with corporate scienter throughout the Class Period, as its officers and agents had actual knowledge of the misrepresentations and omissions of material facts set forth herein, or acted with reckless disregard for the truth because they failed to ascertain and to disclose such facts, even though such facts were available to them. Such material misrepresentations and omissions were done knowingly or with recklessness, and without a reasonable basis, for the purpose and effect of concealing the truth about the Company's accounting and revenue recognition practices, legal

compliance, and export controls.  By concealing these material facts from investors, Super Micro's share price was artificially inflated during the Class Period.

67.     Defendants had actual knowledge of the misrepresentations and omissions of material facts set forth herein or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them.  Defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing the truth about the Company's accounting and revenue recognition practices, legal compliance, and export controls and artificially inflating the price of Super Micro's common stock.

68.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Super Micro common stock.  Plaintiff and the Class would not have purchased Super Micro common stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements and omissions.

69.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their purchases of Super Micro common stock during the Class Period.

### COUNT II

**For Violations of Section 20(a) of The Exchange Act**
**Against Defendants Liang and Weigand**

70.     Plaintiff repeats, incorporates, and realleges each and every allegation set forth above as if fully set forth herein.

71.     Defendants Liang and Weigand acted as controlling persons of Super Micro within the meaning of §20(a) of the Exchange Act.  Super Micro controlled all of its employees including Liang and Weigand.  By virtue of their high-level positions, participation in, and/or awareness of

the Company's operations, accounting and revenue recognition practices, legal compliance, export controls, their direct involvement in the day-to-day operations of the Company, and/or intimate knowledge of the Company's actual performance as well as their power to control public statements about Super Micro, Defendants Liang and Weigand had the power and ability to influence and control, directly or indirectly, the Company's decision-making, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Defendants Liang and Weigand participated in interviews and conference calls with investors and analysts, and/or prepared and approved the Company's public statements, SEC filings, and press releases, described herein at ¶¶20-39, alleged by Plaintiff to be misleading.

72. In particular, Defendants had direct and supervisory involvement in the Company's day-to-day operations and, therefore, are presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein and exercised the same. By reason of such conduct, Defendants are liable pursuant to §20(a).

73. As set forth above, Defendants each violated §10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their positions as controlling persons, Defendants are liable pursuant to §20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of Super Micro common stock during the Class Period.

## X. REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

B.      Awarding compensatory damages in favor of Plaintiff and other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.      Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including attorneys' fees and expert fees; and

D.      Awarding such equitable/injunctive or other further relief as the Court may deem just and proper.

## XI.    JURY DEMAND

Plaintiff hereby demands a trial by jury.

DATED:  August 30, 2024

s/ Brian O. O'Mara
BRIAN O. O'MARA

Brian O. O'Mara (229737)
Steven M. Jodlowski (239074)
Hani Y. Farah (307622)
Ruben Peña (328106)
**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, California  92121
Tel.: 619-923-3939
briano@dicellolevitt.com
stevenj@dicellolevitt.com
hfarah@dicellolevitt.com
rpena@dicellolevitt.com

Adam J. Levitt (*pro hac forthcoming*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel:  312-214-7900
alevitt@dicellolevitt.com

*Counsel for Plaintiff*

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS