UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPATZ,<br><br>            Plaintiff,<br><br>    v.<br><br>SUPER MICRO COMPUTER, INC., et al.,<br><br>            Defendants. | Case No.  5:24-cv-06193-PCP<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward J. Davila for consideration of whether the case is related to *Averza v. Super Micro Computer, Inc., et al.*, Case No: 5:24-cv-06147-EJD.

**IT IS SO ORDERED.**

Dated: October 21, 2024

P. Casey Pitts
United States District Judge