DiCELLO LEVITT LLP
BRIAN O. O'MARA (229737)
STEVEN M. JODLOWSKI (239074)
HANI Y. FARAH (307622)
RUBEN PEÑA (328106)
4747 Executive Drive, Suite 240
San Diego, California 92121
Tel. (619) 923-3939
briano@dicellolevitt.com
stevenj@dicellolevitt.com
hfarah@dicellolevitt.com
rpena@dicellolevitt.com

*Counsel for Plaintiff*

[*Additional counsel appears on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPATZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG, and DAVID WEIGAND,<br><br>Defendants. | Case No. 5:24-cv-06193<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1) |

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Michael Spatz voluntarily dismisses the complaint without prejudice against all defendants. A class has not been certified in this action and no defendant in this action has served an answer or a motion for summary judgment.

DATED: October 28, 2024

*s/ Brian O. O'Mara*
BRIAN O. O'MARA

Brian O. O'Mara (229737)
Steven M. Jodlowski (239074)
Hani Y. Farah (307622)
Ruben Peña (328106)
**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, California 92121
Tel.: 619-923-3939
briano@dicellolevitt.com
stevenj@dicellolevitt.com
hfarah@dicellolevitt.com
rpena@dicellolevitt.com

Adam J. Levitt (*pro hac forthcoming*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-214-7900
alevitt@dicellolevitt.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that October 28, 2024 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Brian O. O'Mara*
BRIAN O. O'MARA

**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA  92121
Telephone: 619-963-2406
E-mail: briano@dicellolevitt.com